1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

### EASTERN DISTRICT OF CALIFORNIA

8
9

ROBERT ERNEST RATLEDGE, JR.,

Case No.  1:15-cv-01272-SKO

10

Plaintiff,

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

11

v.

12

(Doc. 2)

CAROLYN W. COLVIN,

13

Acting Commissioner of Social Security,

14

Defendant.

15

_____/

16
17

        Plaintiff Robert Ernest Ratledge, Jr., filed a complaint on August 17, 2015, along with an

18

application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  Plaintiff's

application demonstrates entitlement to proceed without prepayment of fees.

19

        Accordingly, IT IS HEREBY ORDERED that:

20
21

        1.        Plaintiff's application to proceed *in forma pauperis* is GRANTED;

22

        2.        The Clerk of Court is DIRECTED to issue a summons; and

23

        3.        The United States Marshal is DIRECTED to serve a copy of the complaint,

summons, and this order upon the defendant as directed by the plaintiff.

24
25

IT IS SO ORDERED.

26

    Dated:   __**August 28, 2015**__                    _____**/s/ Sheila K. Oberto**_
                                                        UNITED STATES MAGISTRATE JUDGE

27
28