Melissa Newel (#148563)
NEWEL LAW
827 Broadway, Suite 205
Oakland, CA  94607
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
HEATHER MOSS
160 Spear Street, Suite 800
San Francisco, CA  94105
(415) 977-8826
heather.moss@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EARNEST RATLEDGE, JR., | Case No. 1:15-cv-01272-SKO |
| Plaintiff, | **JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Scheduling Order in the above-referenced matter (Doc. 5, p. 4:12-15), IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that Plaintiff shall have a first-time extension of thirty (30) days to serve his Confidential Letter Brief. Plaintiff's Confidential Letter Brief shall now be served on or before **March 21, 2016**. All remaining briefing deadlines are modified accordingly.

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |

Dated: February 17, 2016                                NEWEL LAW

By:     *Melissa Newel*
        Melissa Newel
        Attorney for Plaintiff
        ROBERT E. RATLEDGE, JR.

Dated: February 17, 2016                                BENJAMIN B. WAGNER
                                                        United States Attorney
                                                        DEBORAH LEE STACHEL
                                                        Acting Regional Chief Counsel, Region IX
                                                        Social Security Administration

By:     *Jennifer Lee Tarn**
        Jennifer Lee Tarn
        (*Authorized by email dated 02/17/*2016)
        Special Assistant U.S. Attorney
        Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, Plaintiff's motion for an extension of time is GRANTED.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file his confidential opening brief by no later than March 21, 2016; and

2. All other deadlines set forth in the Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:   **February 18, 2016**                          /s/ **Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE

2