Melissa Newel (#148563)
NEWEL LAW
352 24th Street
Oakland, CA  94612
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
ROBERT EARNEST RATLEDGE, JR.

BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER LEE TARN, Special Assistant U.S. Attorney
160 Spear Street, Suite 800
San Francisco, CA  94105
(415) 977-8825
jennifer.tarn@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EARNEST RATLEDGE JR., <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No.  1:15-CV-01272 (SKO) <br><br> **STIPULATION EXTENDING BRIEFING SCHEDULE; ORDER THEREON** |

1  IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and
2  with the approval of the Court, that Plaintiff shall have a second extension of thirty (30) days to
3  serve his Confidential Letter Brief. Plaintiff's Confidential Letter Brief shall now be served on or
4  before **April 20, 2016**. All remaining briefing deadlines are modified accordingly. Plaintiff seeks
5  the additional extension as a result of plaintiff's counsel relocating her business office, and the
6  associated matters caused by moving offices, in conjunction with a heavy workload despite due
7  diligence.

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
| Dated: March 21, 2016 |  | NEWEL LAW |
|  | By: | *Melissa Newel* |
|  |  | Melissa Newel |
|  |  | Attorney for Plaintiff |
|  |  | ROBERT E. RATLEDGE, JR. |
|  |  |  |
| Dated: March 21, 2016 |  | BENJAMIN B. WAGNER |
|  |  | United States Attorney |
|  |  | DEBORAH LEE STACHEL |
|  |  | Acting Regional Chief Counsel, Region IX |
|  |  | Social Security Administration |
|  | By: | Jennifer Tarn |
|  |  | JENNIFER TARN |
|  |  | (*Authorized by email dated 3/21/2016*) |
|  |  | Special Assistant U.S. Attorney |
|  |  | Attorneys for Defendant |

### **ORDER**

Based upon the above stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff shall have a second extension of time, up to and including April 20, 2016,

to serve his confidential letter brief; and

2. All other deadlines set forth in the Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:  **March 22, 2016**                              **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE